# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Rickey Paige <br> *Plaintiff* <br> v. <br> Nancy A. Berryhill, Acting Commissioner of Social Security <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> )    Civil Action No.: 5:18-1399-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is the judgment of the Court the Commissioner's decision is reversed and remanded under sentence four of 42 U.S.C. § 405(g) for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date: July 8, 2019

ROBIN L. BLUME
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*