

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| RICKEY PAIGE,<br>　　　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | Civil Action No.: 5:18-01399-MGL |
| ANDREW M. SAUL,<br>Acting Commisioner of Social Security,<br>　　　　Defendant. | §<br>§<br>§ | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

This is a Social Security appeal. Pending before the Court is Plaintiff Rickey Paige's (Paige) motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $3,517.88 and expenses in the amount of $423.00. Defendant Andrew M. Saul (Saul) does not oppose the motion. Instead, Saul points out that Paige's expenses should be classified as $407.00 in costs and $23.00 in expenses. The Court agrees with Saul's reclassification.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 5th day of November, 2019, in Columbia, South Carolina.

　　　　　　　　　　　　　　　　　/s/ Mary Geiger Lewis
　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE